FILED
2014 JUL 11 AM 9:19
US BANKRUPTCY COURT
DISTRICT OF WI

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

## CHANGE OF ADDRESS – DEBTOR

In re: _Tomeka Carter_  
Debtor(s)

Case No. _14-27075_  
Chapter: _7_

Check who this address change is affecting:

☐ Both Debtors  
☒ Debtor only  
☐ Joint Debtor only

New Address: _5918 N. 80th Street_  
Street Address

_Milwaukee, WI 53218_  
City, State, and Zip Code

Telephone Number With Area Code: _414-759-9485_  
To Be Completed by Pro Se Debtors Only

Change Requested By: _Tomeka M. Carter_  
Print or Type Name

_Tomeka M. Carter_  
Signature

_____  
Printed Name of Submitting Law Firm or Attorney

[Print Form]